Todd W. SHORT, Plaintiff–Appellant,

v.

State of NORTH CAROLINA; County of Buncombe, NC; Richard Schumacher, individually and in his official capacity as Clerk and former Clerk of Superior Court for North Carolina Unified Court System; Robert H. Christy, Jr., individually and in his official capacity as Clerk and former Clerk of Superior Court for North Carolina Unified Court System; Edwin D. Clontz, individually and in his official capacity as Clerk and former Clerk of Superior Court for North Carolina Unified Court System; Steven Douglas Cogburn, individually and in his official capacity as Clerk and former Clerk of Superior Court for North Carolina Unified Court System; Tammy C. Case, individually and in her official capacity as Clerk and former Clerk of Superior Court for North Carolina Unified Court System; North Carolina Department of Health & Human Services; Blue Ridge Mental Health Area Developmental Disabilities & Substance Abuse Services; Western Highlands Network Area Authority; Lawrence E. Thompson, III, individually and in his official capacity as Guardian; Cynthia L. Alleman, individually and in her professional capacity as Attorney/GAL and in her official capacity as Guardian ad Litem; William E. Loose, individually and in his professional capacity as attorney; Matney & Associates, P.A.; David Earl Matney, III, individually and in his official capacity as third party guardian and in the professional capacity as attorney; Jennifer B. Formichella, individually and in her official capacity as third party Guardian and in the professional capacity as attorney; United States of America, substituted for John Bramlett; Gum, Hillier & McCroskey, P.A.; David Richard Hillier, individually and in his professional capacity as attorney; Blair H. Clark, individually and in her official capacity as Partner/Owner/Director of Parkway Behavioral Health, LLC d/b/a SB Services and in her professional capacity; Sandra O. Layton, individually and in her official capacity as Partner/Owner/Director of Parkway Behavioral Health, LLC d/b/a SB Services and in her professional capacity; Marianne E. Redmond, individually and in her professional capacity as Licensed Clinical Social Worker and Licensed Substance Abuse Specialist; Scottsdale Insurance Company; Cheryl A. Dommer, individually and in her official capacity as Claims Adjustor for Scottsdale Insurance Company; Ace American Insurance Company; Vivian M. Nijib, individually and in her official capacity as Director of Claims for Ace American Insurance Company; Martineau & King, PLLC; Elizabeth A. Martineau, individually and in her professional capacity as Attorney; Guiselle F. Mahon, individually and in her professional capacity as Attorney; Roberts & Stevens, P.A., Attorneys at Law; Francis Lachicotte Zemp, Jr., individually and in his professional capacity as Attorney; Carter & Kropelnicki; Steven Kropelnicki, Jr., individually and in his professional capacity as Attorney; Great American Insurance Company; Clerks of Superior Court, for the North Carolina Unified Court System; North Carolina; Ann Melton, individually and in her official capacity as Clerk and former Clerk of Superior Court for North Carolina Unified Court System; Smoky Mountain Center; Arthur

Carder, individually and in his official capacity as Guardian; Parkway Behavioral Health, LLC; Does 1–15, Defendants–Appellees,

**and**

Philip M. Hannah, individually and in the official capacity as Guardian; Robyn S. Morris; Surety Agency, LLC; Karen Beard, individually and in her official capacity as insurance broker for Surety Agency, LLC; Travelers Casualty and Surety Company of America; Thomas Bowes, individually in his official capacity as Claims Adjustor for Travelers Casualty and Surety Company of America; SB Service, LLC, f/k/a Parkway Behavioral Health, LLC; Does 1–20, Defendants.

### No. 16–1196

United States Court of Appeals, Fourth Circuit.

Submitted: September 13, 2016

Decided: September 16, 2016

Todd W. Short, Appellant Pro Se. Philip Scott Anderson, Long, Parker, Warren, Anderson & Payne, PA, Asheville, North Carolina; Neal Thomas McHenry, North Carolina Department of Justice, Raleigh, North Carolina; Amy Prakash Mody, Smoky Mountain LME/MCO, Asheville, North Carolina; William E. Loose, Asheville, North Carolina; Ervin L. Ball, Jr., Ball, Barden & Bell, PA, Asheville, North Carolina; Elizabeth A. Martineau, Martineau King PLLC, Charlotte, North Carolina; Francis Lachicotte Zemp, Jr., Eric Patrick Edgerton, Roberts & Stevens, PA, Asheville, North Carolina; Rachel Ellen Daly, Sonny Sade Haynes, Womble Carlyle Sandridge & Rice, PLLC, Winston–Salem, North Carolina; James M. Dedman, IV, Gallivan, White & Boyd, PA, Charlotte, North Carolina; Steven Kropelnicki, Jr., Steven Kropelnicki, PC, Asheville, North Carolina; Nicholas Thomas Moraites, Francis Joseph Nealon, Eckert Seamans Cherin & Mellott, LLC, Washington, D.C., for Appellees.

Before TRAXLER, AGEE, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Todd Short appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint in which he asserted violations of federal and state law. We have reviewed the record and find no reversible error. Accordingly, although we grant Short's motions for leave to proceed in forma pauperis and for leave to file an oversized brief, we affirm for the reasons stated by the district court. Short v. North Carolina, No. 1:15–cv–00044–GCM–DSC, 2016 WL 715776 (W.D.N.C. Feb. 22, 2016). We deny Short's motion to disqualify counsel and his motion for civil contempt, and we deny as moot his motion for an expedited decision on the motion for contempt. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED